

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00067-CR

Shannon Mark Douthit, Appellant

v.

The State of Texas, Appellee

On Appeal from the 394th District Court
Presidio County, Texas
Trial Court No. 2076

## MEMORANDUM OPINION

Self-represented Appellant Shannon Mark Douthit filed a Notice of Appeal stating that he seeks to appeal the trial court's order denying his motion for new trial based on newly discovered evidence.

This Court notified Appellant that the Notice of Appeal appears to have been taken from a non-appealable order or final judgment and that the Court may lack jurisdiction. *See* Tex. Code Crim. Proc. Ann art. 44.02. The Court further notified the Appellant that the appeal would be dismissed for want of jurisdiction unless he filed a response demonstrating that the Court has

jurisdiction over the appeal. However, Appellant's response does not demonstrate that the order denying his motion for new trial is an appealable order or otherwise establish this Court's jurisdiction over the appeal.

Because the order denying Appellant's motion for new trial is not an appealable order and Appellant has not shown that this Court has jurisdiction, the appeal is dismissed for want of jurisdiction. *See Billiot v. State*, No. 02-11-00298-CR, 2011 WL 4469232, at *1 (Tex. App.—Fort Worth Aug. 30, 2011, pet. ref'd) (mem. op., not designated for publication) (remarking that no "Texas statute authorizes a direct appeal from the denial of a motion for new trial independently of the direct appeal from an underlying conviction.") (citing Tex. Code Crim. Proc. Ann. art. 44.02)); *see also Nguyen v. State*, No. 14-11-00545-CR, 2011 WL 2650737, at *1 (Tex. App.—Houston [14th Dist.] July 7, 2011, no pet.) (mem. op., not designated for publication) (appealing from a denial of motion for new trial, separate and apart from appeal from conviction, is improper); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008) (determining jurisdiction is based on whether the appeal is authorized by law). All pending motions are denied as moot.

MARIA SALAS MENDOZA, Chief Justice

March 16, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

(Do Not Publish)

2